```
Label Matrix for local noticing          Bank of America, N.A.                    (p)BANK OF AMERICA
0416-1                                   Randa S. Azzam,Esquire                   PO BOX 982238
Case 13-10579                            Samuel I. White, P.C.                    EL PASO TX 79998-2238
District of Maryland                     913 King Street
Baltimore                                Alexandria, VA 22314-3018
Fri Apr 11 11:10:35 EDT 2014

Homewood Federal Savings Bank            M & T Bank                               M&T BANK
c/o Robert J. Parsons, II                Covahey Boozer, Devan, & Dore, P.A.      11350 McCormick Rd.
6 S. Calvert Street                      11350 McCormick Rd.                      Executive Plaza III
Baltimore, MD 21202-1301                 Executive Plaza III, Suite 200           Suite 200
                                         Hunt Valley, MD 21031-1002               Hunt Valley, MD 21031-1002

Susquehanna Bank                         Wells Fargo Bank, NA                     Wells Fargo Bank, NA
c/o Stephanie H. Hurley, Esq.            4520 East West Highway, Suite 200        c/o BWW Law Group, LLC
Hofmeister, Breza & Leavers              Bethesda, MD 20814-3382                  4520 East West Highway, Suite 200
11350 McCormick Road                                                              Bethesda, MD 20814-3382
Executive Plaza III, Suite 1300
Hunt Valley, MD 21031-1002

Air Source Inc.                          Ashbourne Technology Group               Ashbourne Group
2611 Arthur Avenue                       472 2nd Street Pike, Suite 300           1018 Street Rd
Sykesville, Maryland 21784-6704          Southampton, PA 18966-3803               Southampton, Pennsylvania 18966-4221


Asset Acceptance LLC                     Bank of America Small Business           Bank of America, N.A.
Po Box 2036                              P.O. Box 25118                           Bankruptcy Department
Warren MI 48090-2036                     Tampa, Florida 33622-5118                Mail Stop CA6-919-01-23
                                                                                  400 National Way
                                                                                  Simi Valley, CA 93065-6414

Bank of America, NA                      Bank of America, NA                      (p)U S SECURITIES AND EXCHANGE COMMISSION
P.O. Box 25118                           P.O. Box 25118                           ATLANTA REG OFFICE AND REORG
Tampa, FL 33622, Florida 33622-5118      Tampa, Florida 33622-5118                950 E PACES FERRY RD NE STE 900
                                                                                  ATLANTA GA 30326-1382

Brian Douglas                            Caitlin Williams, tenant                 Chase/Bank One
6 Peabody Court, Apt. C                  1813 Saint Paul Street, Apt. 2           P.O. Box 15298
Parkville, Maryland 21234-2130           Baltimore, Maryland 21202-6222           Wilmington, DE 19850, Delaware 19850-5298


Christopher Martin, tenant               Citi                                     CitiBank N.A.
818 Hollins Street, Apt. 2               P.O. Box 6062                            C/O Alliance One Receivables Management,
Baltimore, Maryland 21201-1225           Sioux Falls, SD 57717, South Dakota 57117-6062   4850 Street Road, Suite 300
                                                                                  Trevose, Pennsylvania 19053-6643

CitiBank, NA                             City of Baltimore                        Client Services, Inc. (Discover Card)
P.O. Box 25118                           Department of Finance                    3451 Truman Blvd
Tampa, FL 33622-5118                     Abel Wolman Building                     Attn: Bankruptcy Dept.
                                         200 Holliday Street                      St. Charles, MO 63301
                                         Baltimore, MD 21202-3618

Comptroller of the Treasury              David Freeman, tenant                    Deputy County Attorney
Compliance Division, Room 409            712 Gorsuch Avenue, Apt. 2               Baltimore County Office of Law
301 W. Preston Street                    Baltimore, Maryland 21218-3524           400 Washington Avenue, 2nd Floor
Baltimore, MD 21201-2305                                                          Towson, MD 21204-4606
```

Director of Finance
Baltimore City
200 Holliday Street
Baltimore, Maryland 21202-3618

Discover Bank
C/O FMA Alliance LTD, Attn: Bankruptcy D
12339 Cutten Road
Houston, Texas 77066-1807

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025


Discover Card
C/O Nationwide Credit, Inc.
1150 E. University Drive, 1st Floor
Tempe, Arizona 85281-8674

Discover Card
P.O. Box 6103
Carol Stream, Illinois 60197-6103

Erica Rogers, tenant
818 Hollins Street, Apt. 2
Baltimore, Maryland 21201-1225


FIA CARD SERVICES, N.A.
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Homewood Federal Savings Bank
c/o Robert J. Parsons, Esq.
Rogers, Moore & Rogers, LLP
6 S. Calvert Street
Baltimore, MD 21202-1301


Homewood Federal Savings Bank
c/o Rogers, Moore and Rogers, LLP
Six South Calvert Street
Baltimore, Maryland 21202-1301

Ian Nogoski, tenant
712 Gorsuch Avenue, Apt. 1
Baltimore, Maryland 21218-3524

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Lowe's
P.O. Box 1111
North Wilkesboro, North Carolina 28656-0001

Lydell Owens
7273 Stallings Drive
Glen Burnie, Maryland 21060-8368

M & T Bank as Successor by Merger to Bradfor
c/o M&T Bank
PO Box 840
Buffalo, NY 14240-0840


M & T Bank, NA
405 Washington Avenue
Towson, Maryland 21204-4816

Manal Alsugi, tenant
818 Hollins Street, Apt. 1
Baltimore, Maryland 21201-1199

Matthew Spalding, tenant
1813 Saint Paul Street, Apt. 3
Baltimore, Maryland 21202-6222


Molly O'Connell, tenant
1813 Saint Paul Street, Apt. 2
Baltimore, Maryland 21202-6222

Pattarapan Pothong, tenant
835 Hollins Street, Apt. 3
Baltimore, Maryland 21201-1069

Sallie Mae
P.O. Box 9500
Wilkes-Barre, Pennsylvania 18773-9500


Sallie Mae
c/o Sallie Mae Inc.
220 Lasley Ave.
Wilkes-Barre, PA 18706-1496

Sara Magida, tenant
712 Gorsuch Avenue, Apt. 2
Baltimore, Maryland 21218-3524

Secretary of the Treasury
15 & Pennsylvania Avenue
Washington, DC 20220-0001


Sherwin Williams
6425 Baltimore National Pike
Catonsville, Maryland 21228-3904

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2201

Supervisor of Delin. Accts.
Rm. 1 Municipal Building
Holliday & Lexington Streets
Baltimore, MD 21202


Susquehanna Bank
P.O. Box 2010
Lititz, Pennsylvania 17543-7010

Susquehanna Bank
P.O. Box 25118
Tampa, FL 33622-5118

Susquehanna Bank
c/o Stephanie Hurley, Esq.
11350 McCormick Rd., EP III, Ste. 1300
Hunt Valley, MD 21031-1002

```
Tara Skelton, tenant                  Tom Bell, tenant                      Tony Skelton, tenant
835 Hollins Street, Apt. 2R           835 Hollins Street, Apt. 3            835 Hollins Street, Apt. 2
Baltimore, Maryland 21201-1069        Baltimore, Maryland 21201-1069        Baltimore, Maryland 21201-1069


U.S. Attorney-District of MD          US Trustee - Baltimore                Wells Fargo Bank, NA
4th floor                             Garmatz Federal Courthouse            Attn: Bankruptcy Dept.
36 S. Charles St.                     101 West Lombard Street               MAC #D3347-014
Baltimore, MD 21201-3122              Suite 2625                            3476 Stateview Blvd.
                                      Baltimore, MD 21201-2668              Fort Mill, SC 29715-7203


Wells Fargo Home Mortgage             Yukyan Lam, tenant                    Allysin Elizabeth Bridges
P.O. Box 10335                        818 Hollins Street, Apt. 3            17 Ballyhean Court
Des Moines, Iowa 50306-0335           Baltimore, Maryland 21201-1004        Timonium, MD 21093-1813


Jason Whitney Bridges                 Rudolph Ettore DeMeo
17 Ballyhean Court                    1449 Light Street
Timonium, MD 21093-1813               Baltimore, MD 21230-4536
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
FIA Card Services, N.A.               Branch of Reorganization
4161 Piedmont Parkway                 Sec. & Exch. Commission
Greensboro, NC 27410                  3475 Lenox Road NE (Suite 1000)
                                      Atlanta, GA 30327-1232
```

         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)BOXXSEAT.com, LLC                  (u)Brian Douglas                      (u)Charles Simms, tenant
INVALID ADDRESS PROVIDED                                                    INVALID ADDRESS PROVIDED



(u)Home Depot                         (u)Sara Blumberg, tenant              End of Label Matrix
INVALID ADDRESS PROVIDED              INVALID ADDRESS PROVIDED              Mailable recipients    70
                                                                            Bypassed recipients     5
                                                                            Total                  75
```